UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) M.J. No. |
| V. | ) |
| | ) |
| RAFAEL GONZALEZ, and | ) |
| LAWRENCE PITCHER | ) |

**MOTION TO SEAL COMPLAINT**

The United States of America respectfully moves this Court to to seal the complaint and affidavit in the captioned matter. In support of this motion, the government states that this matter concerns an ongoing investigation.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
NEIL J. GALLAGHER
Assistant U.S. Attorney

Date: June 1, 2005