UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | '05 JUN -3  A 11: 52 |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 05-00001-LTS |
| RAFAEL GONZALEZ, ) | |
| LAWRENCE PITCHER ) | |

**MOTION TO UNSEAL COMPLAINT**

The United States moves this Court to unseal the complaint, search warrant and the affidavit submitted in support thereof. As grounds, the government states that the defendants in this case have been arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Allowed by [signature] U.S.M.J. 6/3/2005