AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

——— District of ———

Filed in open Court

USA
v.
Lawrence Pitcher

**APPEARANCE**

CASE NUMBER: 05 M 00001 LTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Lawrence Pitcher

I certify that I am admitted to practice in this court.

6/3/2005
Date

Signature

NEIL A. Hourihan          241380
Print Name                Bar Number

6 Lynde St
Address

Salem            Mass           01970
City             State          Zip Code

978-745-6960
Phone Number              Fax Number