AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

LAWRENCE PITCHER

**WARRANT FOR ARREST**

CASE NUMBER: 05-mj-00001-JS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest                LAWRENCE PITCHER
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute cocaine and oxycodone

in violation of
Title _____21_____ United States Code, Section(s) 846 AND 841

Leo T. Sorokin
Name of Issuing Officer

_____
Signature of Issuing Officer

M.J.
Title of Issuing Officer

Boston, MA   June 2, 2005
Date and Location

*RECEIVED 2005 JUN -2 A 9:__ U.S. MARSHAL SERVICE BOSTON, MA*

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

WARRANT EXECUTED BY DCA
Y ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/3/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.