```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                                                05CR10182JLT
UNITED STATES OF AMERICA      )
                              )    Criminal No.
            v.                )
                              )    VIOLATIONS:
1.  RAFAEL GONZALEZ,          )
        a/k/a "Ralphy"        )    21 U.S.C. §§ 846, 841(a)(1)and
                              )    841(b)(1)(A)(i) - Conspiracy
2.  LAWRENCE B. PITCHER,      )    to Distribute Oxycodone and
                              )    500 Grams or More of Cocaine
            Defendants.       )
                              )    21 U.S.C. § 841(a)(1) -
                              )    Distribution of Oxycodone
                              )
                              )    21 U.S.C. § 841(a)(1) -
                              )    Distribution of Cocaine
                              )
                              )    21 U.S.C. § 841(a)(1) -
                              )    Possession With Intent to
                              )    Distribute 500 Grams or
                              )    More of Cocaine
                              )
                              )    21 U.S.C. § 853
                              )    Criminal Asset Forfeiture
                              )
                              )    18 U.S.C. § 2
                              )    (Aiding and Abetting)
```

INDICTMENT

COUNT ONE:    (21 United States Code Section 846 - Conspiracy
              to Distribute Oxycodone and Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about February 2005 and continuing until on or about June 3, 2005 at Salem, Lynn, and elsewhere in the District of Massachusetts,

    1.    **RAFAEL GONZALEZ**
            a/k/a "Ralphy"
    2.    **LAWRENCE B. PITCHER**

2

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute oxycodone, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least five-hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

3

**COUNT TWO:**      (Title 21, United States Code, Section 841(a)(1) -
Distribution of Oxycodone; Title 18, United States
Code, Section 2 - Aiding and Abetting)

On or about April 1, 2005, at Salem, and elsewhere in the District of Massachusetts,

    1.    **RAFAEL GONZALEZ**
           a/k/a "Ralphy"
    2.    **LAWRENCE B. PITCHER**

defendants herein, did knowingly and intentionally distribute and cause the distribution of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

**COUNT THREE:**   (Title 21, United States Code, Section 841(a)(1) - Distribution of Oxycodone; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about April 26, 2005, at Salem, and elsewhere in the District of Massachusetts,

    2.   **LAWRENCE B. PITCHER**

defendant herein, did knowingly and intentionally distribute and cause the distribution of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

5

**COUNT FOUR:** (Title 21, United States Code, Section 841(a)(1) - Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about April 29, 2005, at Salem, and elsewhere in the District of Massachusetts,

    1. **RAFAEL GONZALEZ**
        a/k/a "Ralphy"
    2. **LAWRENCE B. PITCHER**

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

6

**COUNT FIVE:**   (Title 21, United States Code, Section 841(a)(1) - Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about May 3, 2005, at Salem, and elsewhere in the District of Massachusetts,

    1.    **RAFAEL GONZALEZ**
            a/k/a "Ralphy"
    2.    **LAWRENCE B. PITCHER**

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

7

**COUNT SIX:** (Title 21, United States Code, Section 841(a)(1) - Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about May 23, 2005, at Salem, and elsewhere in the District of Massachusetts,

    1. **RAFAEL GONZALEZ**
        a/k/a "Ralphy"
    2. **LAWRENCE B. PITCHER**

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

8

**COUNT SEVEN:** (Title 21, United States Code, Section 841(a)(1) - Possession With the Intent to Distribute 500 Grams or More of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about June 3, 2005, at Salem and elsewhere in the District of Massachusetts,

      **1. RAFAEL GONZALEZ,**
         **a/k/a "Ralphy"**

defendant herein, did knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

9

## DRUG FORFEITURE ALLEGATION

**(21 U.S.C. § 853 -- Criminal Forfeiture)**

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Count One of this Indictment,

**1. RAFAEL GONZALEZ**

**a/k/a "Ralphy"**

**2. LAWRENCE B. PITCHER**

defendants herein, upon conviction, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses. Such property includes, but is not limited to:

(a) $41,963 in U.S. Currency, seized from 14 Cousins Street, Apt. #2, Salem, MA on June 2, 2005;

(b) a 2000 BMW X5, VIN # WBAFB3359YLH05841, Massachusetts license # 31MC25 seized on June 2, 2005;

(c) The real property located at 14 Cousins Street, Salem, Massachusetts 01970, more specifically described in the deed recorded on December 31, 2003, in the Essex South County registry of deeds, book 22250, page 468.

2. If any of the above-described forfeitable properties, as

10

a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   have been transferred or sold to, or deposited with, a third party;

   c.   have been placed beyond the jurisdiction of the Court;

   d.   have been substantially diminished in value; or

   e.   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

11

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Neil J. Gallagher, Jr.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS; July 20, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

12:04P.

JS 45 (5/97) - (Revised USAO MA 2/2005)

05 CR 10182 JLT

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __I__   Investigating Agency __DEA__

City __Salem__                    Related Case Information:

County __Essex__                  Superseding Ind./ Inf. _____   Case No. _____
                                  Same Defendant _____   New _____
                                  Magistrate Judge Case Number __05-MJ-00001-LTS__
                                  Search Warrant Case __05-MJ-00002-LTS__
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RAFAEL GONZALEZ__                Juvenile  [ ] Yes  [X] No

Alias Name _____

Address __14 Cousins Street, Apartment 2, Salem, MA 01970__

Birth date (Year __1967__   SSN (last 4 __8868__   Se __M__   Race: __Hispanic__   Nationalit __US Citizen__

Defense Counsel if __Elliot M. Weinstein__        Address: __228 Lewis Wharf__
                                                           __Boston, MA 02110__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher__                Bar Number if _____

Interpreter:   [ ] Yes  [x] No            List language and/or dialect: _____

Matter to be SEALED:   [ ] Yes  [x] No

[ ] Warrant Requested      [ ] Regular Process      [x] In Custody

**Location Status:**

Arrest Date: __6/3/05__

[x] Already in Federal Custody  __as of 6/3/05__   in _____
[ ] Already in State _____      [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial      Ordered _____   on _____

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeano _____   [X] Felony  __Six__

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date __7/18/05__           Signature of _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **RAFAEL GONZALEZ**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Oxycodone | 1 |
| Set 2 | 21 U.S.C. Sec. 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 4-6 |
| Set 4 | 21 U.S.C. Sec. 841(a)(1) | Possession With Intent to Distribute Cocaine | 7 |
| Set 5 | 18 U.S.C. Sec. 2 | Aiding and Abetting | 2-7 |
| Set 6 | 21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/20/04)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. **I** _____   Investigating Agency **DEA** _____

City    **Salem** _____   Related Case Information:

County  **Essex** _____   Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New _____
                                   Magistrate Judge Case Number   **05-MJ-00001-LTS**
                                   Search Warrant Case            **05-MJ-00002-LTS**
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **LAWRENCE B. PITCHER** _____   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  **92 Warren Street, Lynn, MA 01905** _____

Birth date (Year only): **1981**  SSN (last 4  **9214**  Se **M**  Race: **AfricanAm**  Nationalit **USA**

Defense Counsel if    **Anthony Cardinale**   Address:  **655 Summer Street**
                                                        **Boston, MA 02210**
Bar Number: _____

**U.S. Attorney Information:**

AUSA  **Neil J. Gallagher** _____   Bar Number if _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date:  **6/3/05** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial     Ordered  **by Judge Sorokin**  on  **6/3/05**

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  **Six**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date  **7/18/05** _____   Signature of _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **LAWRENCE PITCHER**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Oxycodone | 1 |
| Set 2 | 21 U.S.C. Sec. 841(a)(1) | Distribution of Oxycodone | 2-3 |
| Set 3 | 21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 4-6 |
| Set 4 | 18 U.S.C. Sec. 2 | Aiding and Abetting | 2-6 |
| Set 5 | 21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**