AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

v.

Anthony Toney

**WARRANT FOR ARREST**

CASE NUMBER: 05-mj-00038-LTS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Anthony Toney _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly possessing a firearm and ammunition in or affecting commerce after a court convicted him of a crime punishable for a term exceeding one year

in violation of
Title _____ 18 _____ United States Code, Section(s) 922(g)(1)

Leo T. Sorokin
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

June 29, 2005 at Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ____ STF ____

BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON ____ 06/28/05 ____

DATE OF ARREST

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER

DEFENDANT NO.

WARRANT EXECUTED BY ARREST OF THE WITHIN-NAMED DEFENDANT.

This form was electronically produced by Elite Federal Forms, Inc.