UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          CRIMINAL NO. 05-10182

v.

LAWRENCE PITCHER

## MOTION TO WITHDRAW

Now comes Neil A. Hourihan, counsel of record for defendant in the above-captioned matter, and respectfully moves this Honorable Court to allow counsel to withdraw from this matter.

In support thereof, counsel states that the defendant has retained Attorney Anthony M. Cardinale to represent him in this matter.

_____
NEIL A. HOURIHAN
BBO# 241380
Six Lynde Street
Salem, MA  01970
(978) 745-6990

DATED:     July 27, 2005