```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 05-10182-JLT |
| LAWRENCE PITCHER | : |
| | : |
| Defendant. | : |

<u>ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT</u>

The United States respectfully submits this Assented-To Motion to Exclude Time Under the Speedy Trial Act from August 2, 2005 through September 19, 2005.  In support of its motion, the government states as follows:

1.  On August 2, 2005, Magistrate Judge Leo Sorokin held a arraignment for defendant LAWRENCE PITCHER in the above-entitled matter.  At that time, defendant PITCHER pled not guilty to all charges in the indictment and requested automatic discovery.  The court set an initial status conference for September 19, 2005.

2.  Defendant PITCHER does not object to the motion.

3. Based on the foregoing, the government respectfully submits that an order of excludable delay should issue pursuant to Local Rule 112.2(A) and 18 U.S.C. § 3161(h)(8)(A) as to defendant PITCHER for the period from August 2, 2005 through and including September 19, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:   /s/ Neil J. Gallagher, Jr.
      Neil J. Gallagher, Jr.
      Assistant U.S. Attorney
      (617) 748-3397


Date:    August 15, 2005