UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

RAPHAEL GONZALEZ,
"a/k/a Rafi, and
LAWRENCE B. PITCHER,
             Defendants.

)  2005 SEP 28 ₱ 1: 52
)
)  CRIMINAL NO. 05-10182-JLT
)  DISTRICT COURT
)  VIOLATIONS: MASS.
)
)  21 U.S.C. §§846, 841(a)(1)ar
)  841(b)(1)(A)(i)
)  Conspiracy to Distribute
)  Oxycodone and Cocaine
)
)  21 U.S.C. §841(a)(1)
)  Possession with Intent to
)  Distribute Oxycodone
)
)  21 U.S.C. §841(a)(1)
)  Possession with Intent to
)  Distribute Cocaine
)
)  21 U.S.C. §841(a)(1)
)  Possession with Intent to
)  Distribute 500 Grams or More
)  of Cocaine
)
)  21 U.S.C. §853
)  Criminal Forfeiture
)
)  18 U.S.C. §2
)  Aiding and Abetting

**UNITED STATES' BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorne

Michael J. Sullivan, United States Attorney for the District

Massachusetts, hereby files the following Bill of Particulars f

Forfeiture of Assets.

On April 14, 2005, the Grand Jury filed a Five-cou

Indictment charging Rafael Gonzalez, and Lawrence B. Pitcher, wi

1

Conspiracy to Distribute Oxycodone and Cocaine, in violation of 1

U.S.C. §846 (Count One); Distribution of Oxycodone, in violation f

21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 3

U.S.C. §2 (Counts Two and Three); and Distribution of Cocaine, 1

violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, 1

violation 18 U.S.C. §2 (Counts Four and Five). The Indictment a: >

contained a Forfeiture Allegation pursuant to 21 U.S.C. §853. ' :

Forfeiture Allegation of the Indictment sought forfeiture, pursua :

to 21 U.S.C. §853 of any property constituting, or derived fro

any proceeds obtained directly or indirectly from the offer :

charged in the Indictment and/or any property used and/or intenc :

to be used to commit, or to facilitate the commission of, t

offense charged in the Indictment. The United States hereby giv

notice that, in addition to the forfeiture allegation contained

the Indictment, the United States is seeking forfeiture

additional property, including, but not limited to, the followi

because they constitute property derived from proceeds obtain

directly or indirectly from the offense charged in the Indictme

and/or property used and/or intended to be used to commit, or

facilitate the commission of, the offense charged in t

Indictment:

1. $2,500.00 in U.S. Currency, seized from
   Lawrence B. Pitcher on June 2, 2005, at
   92 Warren Street, Lynn, MA;

2

2.   $1,814.00 in U.S. Currency, seized from
     Lawrence B. Pitcher on June 2, 2005, at
     92 Warren Street, Lynn, MA, MA.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:     _____
                             JENNIFER H. ZACKS
                             Assistant U.S. Attorneys
                             John Joseph Moakley Courthou
                             1 Courthouse Way, Suite 9200
                             Boston, MA 02210
Dated: September 28, 2005    (617) 748-3100

## CERTIFICATE OF SERVICE

I Jennifer H. Zacks, hereby certify that I have served a cop

of the foregoing Bill of Particulars upon all counsel of reco:

listed below by first class mail postage pre-paid.

    Anthony M. Cardinale
    655 Summer Street
    Boston, MA 02210

    Elliot M. Weinstein
    228 Lewis Wharf
    Boston, MA 02110

                             _____
                             Jennifer H. Zacks
                             Assistant U.S. Attorney

Dated: September 28, 2005

3