```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION
          v.                  )
                              )      05-10182-JLT
RAFAEL GONZALEZ et al.        )
                              )
                              )
```

**JOINT STATUS REPORT (PROPOSED BY THE GOVERNMENT)**

Pursuant to Local Rule 116.5(C), the United States and defendant RAFAEL GONZALEZ and LAWRENCE PITCHER, through their counsel, respectfully submits this status report in connection with the final status conference scheduled for October 31, 2005.

1. <u>LR 116.5(C)(1) - Discovery Issues</u>

The government has provided complete automatic discovery in this case under LR 116.1. Therefore, the government does not anticipate any outstanding discovery issues.

2. <u>LR 116.5(C)(2) - Additional Discovery</u>

The government will provide any additional discovery, including Jencks Act discovery of a cooperating witness, in accordance with the time requirements of LR 117.1.

3. <u>LR 116.5(C)(3) - Insanity/Public Authority Defense</u>

The defendants do not intend to raise an insanity or public authority defense.

4. <u>LR 116.5(C)(4) - Alibi Defense</u>

The government has requested notice of any alibi defense. Neither defendant intends to raise an alibi defense.

5. <u>LR 116.5(C)(5) - Dispositive Pre-Trial Motions</u>

Defendant GONZALEZ does intend to file a motion to suppress evidence. The deadline for the filing of dispositive pretrial motions has not been set.

6. <u>LR 116.5(C)(6) - Speedy Trial Calculations</u>

The government and the defendants agree that the time from the arraignment on August 8, 2005 until today's hearing have been excluded under the Speedy Trial Act.

7. <u>Anticipated Length of Trial</u>

A trial is anticipated in this matter for defendant RAFAEL GONZALEZ.  The government's evidence at trial should require about five trial days.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN

                              United States Attorney

By:     <u>/S/ Neil Gallagher</u>
          Neil J. Gallagher, Jr.
          Assistant U.S. Attorney

By:     _____
          **Anthony M. Cardinale**
          Counsel for Lawrence Pitcher

By:     _____
          Walter Underhill
          Counsel for Rafael Gonzalez

Date: October 31, 2005