IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                     )<br>      v.                         )<br>                                     )<br>RAFAEL GONZALEZ et al.     )<br>                                     )<br>                                     ) | CRIMINAL ACTION<br><br>05-10182-JLT |

**ASSENTED TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    The United States respectfully submits this motion to exclude time under the Speedy Trial Act, from the date of Court's final status conference on October 31, 2005 until the first pre-trial hearing on this matter. In support of the motion, the government submits as follows:

    1. Defendant LAWRENCE PITCHER was arraigned on the indictment on August 2, 2005. Defendant RAFAEL GONZALEZ was arraigned on the indictment on August 8, 2005.

    2. On September 20, 2005, the Court held an initial status hearing. During the hearing, defendant GONZALEZ indicated that there would be a trial in this matter and that defendant GONZALEZ intended to file pre-trial motions to suppress evidence.

    3. The Court ordered the parties to file the instant motion. Defendants have not objected to the granting of this motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN

                                    United States Attorney

             By:        /S/ Neil Gallagher
                         Neil J. Gallagher, Jr.
                         Assistant U.S. Attorney

Date: October 31, 2005