```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 05-10182-JLT |
| RAFAEL GONZALEZ | : |
| LAWRENCE PITCHER | : |
| | : |
| Defendant. | : |

ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States respectfully submits this Assented-To Motion to Exclude Time Under the Speedy Trial Act from October 18, 2005 through November 29, 2005. In support of its motion, the government states as follows:

1. On August 2, 2005, Magistrate Judge Leo Sorokin held a arraignment for defendant LAWRENCE PITCHER in the above-entitled matter. At that time, defendant PITCHER pled not guilty to all charges in the indictment and requested automatic discovery. On August 8, 2005, Magistrate Judge Leo Sorokin held a arraignment for defendant RAFAEL GONZALEZ in the above-entitled matter. At that time, defendant GONZALEZ pled not guilty to all charges in the indictment and requested automatic discovery.

2. On September 19, 2005, the Court held an initial pre-trial status hearing for both defendants. Both defendants indicated they needed additional time to review the discovery provided by the government.

3. On October 31, 2005, the Court held an interim status conference. The hearing was originally scheduled for October 18,

2005. During the hearing, counsel for defendant GONZALEZ requested additional time to review discovery.

4.   Accordingly, in order to give defense counsel enough time to review discovery, the government submits that the Court should exclude the period of time the Speedy Trial Act pursuant to Local Rule 112.2(A) and 18 U.S.C. § 3161(h)(8)(A) from October 18, 2005 until the Court's next hearing on this matter, November 29, 2005.

5.   Counsel for both defendants assent to the granting of the government's motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

                         By:   /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.
                              Assistant U.S. Attorney
                              (617) 748-3397

Date: November 2nd, 2005