IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | 05-10182-JLT |
| RAFAEL GONZALEZ et al. ) | |
| ) | |
| ) | |

### JOINT STATUS REPORT

Pursuant to Local Rule 116.5(C), the United States and defendant RAFAEL GONZALEZ and LAWRENCE PITCHER, through their counsel, respectfully submits this status report in connection with the final status conference scheduled for November 29, 2005.

1. Outstanding Discovery

The are no outstanding discovery issues.

2. Additional Discovery

The government does not anticipate providing additional discovery, except for 21 day discovery.

3. Insanity/Public Authority Defense

The defendants will not raise a insanity or public authority defense.

4. Alibi Evidence

The government has requested notice of alibi. Defendants do not intend to introduce Alibi Evidence.

5. Pre-Trial Motions

Defendant GONZALEZ intends to file a motion to suppress evidence. and to dismiss

6. Plea-Negotiations

There may be a pre-trial resolution for at least defendant PITCHER.

7. Speedy Trial Calculations

Since the date of defendant arraignment on August 2, 2005, for defendant PITCHER and August 8, 2005 for defendant GONZALEZ, 0 days have run under the 70 day clock under 18 U.S.C. Sec. 3161(c)(1). On August 16, 2005, the Court granted the government's assented to motion to exclude the time under the STA between August 2, 2005 and today's hearing on September 19, 2005 for defendant PITCHER and until September 20, 2005 for defendant GONZALEZ.

8. Anticipated Length of Trial

The government anticipates that a trial in this matter would last approximately five trial days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney


By: _____
**Anthony M. Cardinale**
Counsel for Lawrence Pitcher

By: _____
Walter Underhill
Counsel for Rafael Gonzalez

Date: November 29, 2005

2