UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**1:05cr10182JLT**

UNITED STATES OF AMERICA

v.

**RAFAEL GONZALEZ
LAWRENCE PITCHER**

**ORDER AND
FINAL STATUS REPORT**

December 12, 2005

SOROKIN, M.J.

A Final Status Conference was held before this court on **December 12, 2005**, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders.

1. A trial may be necessary in this case as to Defendant **Rafael Gonzalez**. A plea is likely as to defendant **Lawrence Pitcher.**

2. The discovery to be provided before the Initial Pretrial Conference is complete and neither party anticipates providing additional discovery as a result of its future receipt of information, documents or reports of examinations or tests.

3. Defendant Gonzalez's motions to sever, dismiss or suppress are due on **January 27, 2006** with the government's opposition due on **February 10, 2006**.

4. The defendant does not intend to raise a defense of insanity or public authority.

5. By Agreement, I order the time from **December 12, 2005** to **February 10, 2006** excluded from the speedy trial act in the interests of justice. As of

**February 10, 2006**, No time will have elapsed under the Speedy trial act and 70 days remain.

6. The estimated length of trial is **5** days.

I Recommend the court convene a status conference forthwith after January 27, 2006. The Clerk shall return this file to the District Judge assigned to this case.

    / s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE