January 25, 2008

To Whom It May Concern:

  I am writing this letter on behalf of Lawrence Pitcher Jr. Lawrence Pitcher has grown in character and conscience over the past few years into a mature, law abiding, respectable young man striving to better his life. Lawrence has taken the necessary steps to further his career in the trade of interior painting. He has been promoted due to his performance and understanding of the job to a leadership position. As his responsibilities increased on the job and in life, Lawrence's level of personal motivation has increased.

  I am confident that Lawrence is more of an asset to the community with the skills that he's developed. Having developed these skills has enabled him to strive for goals that he did not know were options in the past. I am very proud of this young man for being able to learn from a poor decision and taking the initiative to change his life and do something that is positive and productive. Lawrence's life style has changed and that enabled the inner change to occur within him.

  It is my hope that the changes he's made in his life over the past few years is enough evidence for the deciding party to see this young man for what he's accomplished and what he's learned from his past rather than imposing further punishment. The risk of recidivism is no risk at all when referring to Lawrence Pitcher. Thank you for your attention to this matter.

Respectfully Submitted,

*Shontae Pitcher*

Shontae Pitcher, MA, LSWA