UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
UNITED STATES OF AMERICA,            :

    Plaintiff,                       :    Criminal Action
                                          No. 05-10182-JLT
    v.                               :

RAPHAEL GONZALEZ, et al.,            :

    Defendants.                      :
------------------------------------- x

### NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for petitioner Michelle A. Arpin in the above-captioned action.

Dated: April 18, 2008               Respectfully submitted,
       Boston, Massachusetts

                                    _____
                                    James R. Carroll (BBO #554426)
                                    SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                    One Beacon Street
                                    Boston, Massachusetts 02108
                                    (617) 573-4800
                                    jcarroll@skadden.com

                                    Counsel for Petitioner
                                    Michelle A. Arpin

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on April 18, 2008

_____